UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABDIA H. ALI, *et al.*,

    Plaintiffs,

v.

ALEJANDRO MAYORKAS, *et al.*,

    Defendants.

No. 2:22-cv-345-RSL-TLF

STIPULATED MOTION TO DISMISS AND ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants jointly stipulate to dismiss this case. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to complete the processing of Plaintiffs' Form I-730 refugee follow to join petitions. Dkt. No. 1. Defendants have fully processed Plaintiffs' Form 1-730 petitions and the beneficiaries are now in the United States. Accordingly, the above-captioned action having been resolved, the parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal without prejudice, with each party to bear their own fees or costs.

STIPULATED MOTION TO DISMISS - 1
(22-cv-345-RSL-TLF)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated: January 20, 2023

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:  206-428-3824
Email:  michelle.lambert@usdoj.gov
*Attorneys for Defendants*

*s/Jane Marie O'Sullivan*
JANE MARIE O'SULLIVAN
WSBA#34486
O'Sullivan Law Office
2417 Pacific Avenue SE, 2nd Floor
Olympia, Washington 98501
Phone: 206-340-9980
Email:  jane@osullivanlawoffice.com
*Attorneys for Plaintiffs*

STIPULATED MOTION TO DISMISS     - 2
(22-cv-345-RSL-TLF)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED.

DATED this ____23rd____ day of ____January____, 2023.

ROBERT S. LASNIK
United States District Judge

STIPULATED MOTION TO DISMISS - 3
(22-cv-345-RSL-TLF)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970